IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:09-132-JFA |
|---|---|---|
| v. | ) | ORDER |
| GWENDOLYN ROBINSON | ) | |

The defendant was sentenced by this court to five years probation and has moved for early termination of her probation. The United States Probation Office reports that the defendant has completed 39 of her 60-month term of probation and has been compliant with all of the terms and conditions. The Probation Officer takes no position regarding early termination, and the United States Attorneys Office informs the court that they are not opposed to an early termination of the probation.

For the foregoing reasons, the defendant's motion to terminate her probation (ECF No. 52) is granted and her probation is hereby terminated, effective as of the date of this order.

IT IS SO ORDERED.

February 21, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge